IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00109-CR

 

Alfred Windon Scott,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 06-01712-CRF-361

 



ORDER REINSTATING APPEAL



 

We have received a supplemental record showing
that the trial court judge has appointed substitute appellate counsel for Scott.

This appeal is reinstated from our April 2, 2008 Abatement
Order.

                                                                                    

PER CURIAM

 

 

 

 

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

(Chief
Justice Gray dissents)

Appeal
reinstated

Order issued and filed May
21, 2008

Do not publish